**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1667**

_____

BIANCA A. HUGHLEY,

        Plaintiff - Appellant,

    v.

SOUTHWEST AIRLINES,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:23-cv-02980-SAG)

_____

Submitted:  November 19, 2024                      Decided:  November 21, 2024

_____

Before RUSHING and BENJAMIN, Circuit Judges.[*]

_____

Affirmed by unpublished per curiam opinion.

_____

Bianca A. Hughley, Appellant Pro Se.  Daniel E. Farrington, FISHER & PHILLIPS LLP, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

_____

[*] This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Bianca A. Hughley appeals the district court's orders dismissing her civil action and denying her motion to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Hughley v. Sw. Airlines*, No. 1:23-cv-02980-SAG (D. Md. Apr. 18 & June 25, 2024). We deny Hughley's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
